FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 13 2018 ★ D||

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRENTICE COX,

                Plaintiff,

      against

TRCU COFFEE LLC and 384 COURT LLC,

                Defendant.
-----------------------------------------------------------X

Case No.: 18-cv-5259-ARR-VMS

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties to this action, that whereas none of these parties hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action be, and the same hereby is discontinued as against all defendants with prejudice and without costs to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and may be filed without further notice with the Clerk of the Court.

Dated: December 5, 2018

SEKENDIZ LAW FIRM P.C.

By:_____
    Ismail Sinan Sekendiz, Esq.
Attorneys for Plaintiff
45 Broadway, Suite 2650
New York, New York 10006
(212) 380-8087
isinan@hotmail.com

CHIRICO LAW PLLC

By:_____
    Vincent Chirico, Esq.
Attorneys for Defendant TRCU Coffee LLC
8804 4th Avenue
Brooklyn, New York 11209
(718) 921-1401
vchirico@chiricolaw.com

Eustace,
~~HOEY, KING,~~ EPSTEIN, PREZIOSO & MARQUEZ & Yapchank

By:_____
    David S. Kasdan, Esq.
Attorneys for Defendant 384 Court LLC
55 Water Street, 29th Floor
New York, New York 10041
(212) 612-4448
dkasdan@~~hoeyking.com~~ Eusteceku.Com

/s/(ARR)

12/12/18